## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | | |
|---|---|---|
| Standard Process, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **3:19-cv-00099-SLC** |
| | ) | |
| v. | ) | **Judge James D. Peterson** |
| | ) | |
| The Antitrend LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF KATHERINE G. BARNES
### AS CO-COUNSEL FOR DEFENDANT

Notice is hereby given of the withdrawal of Katherine G. Barnes as co-counsel for Plaintiff Standard Process, Inc. Ann M. Maher of Husch Blackwell LLP, William D. Kloss, Jr. and Angelyne E. Lisinski of Vorys, Sater, Seymour & Pease LLP, remain counsel for Plaintiff.

Dated: December 5, 2019

    Respectfully submitted,

    */s/ Katherine G. Barnes*
    Katherine G. Barnes

    Ann M. Maher
    Husch Blackwell LLP
    555 East Wells Street
    Suite 1900
    Milwaukee, WI 53202-3819
    Telephone: 414-978-5410
    Facsimile: 414-223-5000
    Email: ann.maher@huschblckwell.com

-AND-

William D. Kloss, Jr., Esq.
Angelyne E. Lisinski
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6360
Facsimile: (614-719-4807
wdklossjr@vorys.com
aelisinski@vorys.com

*Attorneys for Plaintiff Standard Process, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 5th day of December, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


                                                 /s/ William D. Kloss, Jr._____
                                                 William D. Kloss, Jr.