```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WISCONSIN
_____
                               |
Standard Process, Inc.,        |
                               |
     Plaintiff,                |
                               |
v.                             |
                               |
The Antitrend LLC,             |    Case No. 19-cv-00099-SLC
Daniel Earle, and              |
John Does 1-100,               |
individually or as a           |
corporate/business Entity.     |
                               |
     Defendants.               |
_____|
```

### Notice of Appeal to a Court of Appeals from an Order of a District Court

Notice is hereby given that the Antitrend LLC and Daniel Earle, defendants in the above-named case, hereby appeal – pursuant to the Federal Arbitration Act - to the United States Court of Appeals for the Seventh Circuit from an order entered on the 4th day of February, 2020 that found an arbitration clause to be unenforceable against Standard Process, Inc. ("SP") to rule that SP's claims against the defendants may proceed in this forum (D.I. 27)

Dated: February 7, 2020                **Attorney for Defendants,**

                                       */s/ Brian K. Wells*
                                       Brian Wells, BBO# 670,462
                                       WELLS P.C.
                                       112 Water St., Ste. 201
                                       Boston, MA 02109
                                       617.830.5050 (t)
                                       brian@wells.legal

## **Certificate of Service**

I hereby certify that the foregoing will be served by ECF on all parties or their counsel on February 7, 2020.

>*/s/ Brian K. Wells*
>Brian K. Wells